IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| FABRIZIO MORELLI, Derivatively on Behalf of COMPASS MINERALS, INTERNATIONAL, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN S. CRUTCHFIELD, et al.,<br><br>  Defendants,<br><br>  and<br><br>COMPASS MINERALS INTERNATIONAL, INC.,<br><br>  Nominal Defendant | Lead Case No. 2:24-cv-02496-EFM-ADM |
| GEORGE ASSAD, Derivatively on Behalf of Nominal Defendant COMPASS MINERALS INTERNATIONAL, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>KEVIN S. CRUTCHFIELD, et al.,<br><br>  Defendants,<br><br>  and<br><br>COMPASS MINERALS INTERNATIONAL, INC.,<br><br>  Nominal Defendant | Case No. 2:25-cv-02186-EFM-ADM |

**JOINT MOTION FOR STAY OF CASE PENDING FINALIZATION OF SETTLEMENT**

1

Plaintiffs and Defendants (the "Parties") respectfully and jointly move this Court to issue an order staying this case pending submission of a derivative settlement agreement for the Court's approval. This is the Parties' first motion for a stay following Plaintiffs' filing of an Amended Complaint, although the Court previously granted in part the Parties' joint motion for an extension of time for the filing of an Amended Complaint. (*See Morelli*, 2:24-cv-02496, ECF No. 28.) On July 30, 2025, Plaintiffs filed their Verified Amended Consolidated Shareholder Derivative Complaint and, pursuant to the schedule entered by the Court, Defendants' motion to dismiss is due on August 29, 2025.

The Parties have reached an agreement in principle on the substantive terms to settle this consolidated derivative action, subject to agreeing on remaining terms and final documentation. The Parties will draft and seek to execute a detailed settlement agreement and Plaintiffs will draft a motion seeking preliminary approval of the settlement. *See* Fed. R. Civ. P. 23.1(c) (requiring approval of settlements in derivative actions). The Parties anticipate that they will complete the necessary steps and that Plaintiffs will submit the executed settlement agreement and motion for preliminary approval to the Court in approximately sixty (60) days.

The court has the authority to stay proceedings in order to "provide 'economy of time and effort for itself, for counsel, and for litigants.'" *Beltronics USA, Inc. v. Midwest Inventory Distrib. LLC*, 545 F. Supp. 2d 1188, 1189 (D. Kan. 2008) (quoting *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936)). A stay here would allow for the preservation of time and resources as the Parties prepare a settlement agreement that will finally determine the issues raised in this action. The Parties' motion also is similar to the motion granted by the Court in another action involving certain of the Defendants in similar circumstances. *See* Order Granting Mot. To Stay Proceedings, *Stein v. Crutchfield, et al.*, No. 2:23-cv-02038-EFM-ADM (D. Kan. filed May 30, 2025), ECF No. 35

(Text Entry). In addition, following a stay to allow finalization of settlement documentation, the Court recently preliminarily approved a settlement in the related class action. *See Valentine v. Compass Minerals International, et al.*, No. 2:24-cv-02165-EFM-ADM (D. Kan. Filed July 25, 2025), ECF No. 35.

In order to conserve resources and permit the Parties to focus on finalizing a settlement agreement, the Parties respectfully request that the Court stay all current case deadlines pending the submission of a formal settlement agreement and motion for preliminary approval.

Dated: August 11, 2025

    /s/ Richard S. Fisk
**BEAM-WARD, KRUSE, WILSON & FLETES, LLC**
Richard S. Fisk, KS #23712
8645 College Boulevard, Suite 250
Overland Park, Kansas 66210
Tel: (913) 339-6888
rfisk@bkwflaw.com

**GLANCY PRONGAY & MURRAY LLP**
Benjamin I. Sachs-Michaels
745 Fifth Avenue, Fifth Floor
New York, NY 10151
Telephone: (212) 935-7400
bsachsmichaels@glancylaw.com

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Dr., Suite 300
Berwyn, PA 19312
rmaniskas@rmclasslaw.com

*Counsel for Plaintiff George Assad*

3

  /s/ Karen Wedel Renwick
**WALTERS RENWICK RICHARDS & VAUGHAN, P.C.**
Karen Wedel Renwick, D. Kan. #12095
R. Frederick Walters, D. Kan. #70561
1100 Main Street, Suite 2500
Kansas City, Missouri 64105
Tel: (816) 421-6620
krenwick@wrrvlaw.com
fwalters@wrrvlaw.com

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
767 Third Avenue, Suite 2501
New York, NY 10017
Tel: (5160 922-5427
tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Fabrizio Morelli*


  /s/ Sara A. Fevurly
**HUSCH BLACKWELL LLP**
Sara A. Fevurly (Bar No. 27537)
4801 Main Street, Suite 1000
Kansas City, MO 64112
Tel: (816) 983-8000
sara.fevurly@huschblackwell.com

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
Jay B. Kasner
Susan L. Saltzstein
One Manhattan West
New York, NY 10001
Tel: (212) 735-3000
jay.kasner@skadden.com
susan.saltzstein@skadden.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 11, 2025, the above and foregoing document was served via the Court's electronic filing (ECF) system.

                                          */s/ Sara A. Fevurly*
                                          Attorney for Defendants